Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bryan William Labonowski** : | Case No. 14−11312−TPA |
| **Stephanie Mae Labonowski** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Ronda J. Winnecour, Esq., Ch 13 Trustee : | |
| *Movant(s),* : | |
| : | Related to Document No. 125 |
| v. : | |
| No Respondent : | Hearing Date: 5/27/20 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATES FOR RESPONSE
AND TELEPHONIC HEARING ON MOTION**

*AND NOW,* this *The 25th of March, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements − Plan Completed* having been filed at Doc. No. 125 by Ronda J. Winnecour, Esq., Ch 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2)  **On or before May 11, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3)  This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *May 27, 2020* at *12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrancements as directed by Judge's procedures on the Court's website.

(4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: March 25, 2020

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All parties

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-11312-TPA
Bryan William Labonowski                                                Chapter 13
Stephanie Mae Labonowski
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lmar              Page 1 of 2              Date Rcvd: Mar 25, 2020
                               Form ID: 600a           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb         +Bryan William Labonowski,   Stephanie Mae Labonowski,   10473 State Highway 285,
                 Conneaut Lake, PA 16316-2537
cr             +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
cr             +Specialized Loan Servicing LLC,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13978584       +Conneaut Lake Joint Municipal Authority,   c/o Alan R Shaddinger,   21 Forest Avenue,
                 Meadville, PA 16335-1338
13969211       +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
15175387       +Federal Home Loan Mortgage Corporation, as Truste,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13978585       +First American Equity Loan Services,   1100 Superior Ave East #200,   Cleveland, OH 44114-2518
13969213       +Midland Funding LLC,   350 Camino De La Reina,   Suite 100,   San Diego CA 92108-3007
13969214       +Northwest Savings Bank,   Attn: Colleen Lamberto,   Po Box 337,   Warren, PA 16365-0337
13969215       +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
14802743       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14042633       +Wells Fargo Bank, NA,   Attention: Bankruptcy Department,   MAC # D3347-014,
                 3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
13969217        Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines IA 50306-0335
13969218       +Windstream Communications,   Attn: Alice Peace,   2 North Main Street,
                 Greenville, SC 29601-4874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:47:43
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:52
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13969206        +E-mail/Text: g20956@att.com Mar 26 2020 04:55:13     AT&T Mobility,   1025 Lenox Park Blvd,
                 Atlanta GA 30319-5309
13979287         E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2020 04:51:34     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
13969205        +E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2020 04:51:34     Ally Financial,
                 200 Renaissance Center,   Detroit, MI 48243-1300
14308287        +E-mail/Text: bankruptcy@consumerportfolio.com Mar 26 2020 04:54:34
                 CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13969207        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 26 2020 04:48:11
                 Capital One Auto Finance,   3905 North Dallas Parkway,   Plano, TX 75093-7892
13969208        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:47:34     Capital One, N.a.,
                 Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
14025418        +E-mail/Text: bankruptcy@cavps.com Mar 26 2020 04:54:51     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13969209        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 26 2020 04:47:41     Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13969210        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 26 2020 04:50:02     Credit One Bank,
                 PO Box 98875,   Las Vegas, NV 89193-8875
13999539         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:41     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud MN 56302-9617
13969212        +E-mail/Text: ahefner@onefcu.com Mar 26 2020 04:56:02     Meadville Area Federal Credit Union,
                 300 Arch Street,   Meadville, PA 16335-3217
14656918         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:45:47
                 Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
13969216        +E-mail/Text: bankruptcy@sw-credit.com Mar 26 2020 04:54:06     Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal Home Loan Mortgage Corporation, as Trustee
cr              WELLS FARGO BANK, N.A.
cr*            +Ally Financial,   PO BOX 130424,   Roseville, MN 55113-0004
cr*            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13979997*       Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
14888822*      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1               User: lmar                   Page 2 of 2                   Date Rcvd: Mar 25, 2020
                                   Form ID: 600a                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Stephanie Mae Labonowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Plaintiff Stephanie Mae Labonowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Bryan William Labonowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Plaintiff Bryan William Labonowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for
           the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
           bkgroup@kmllawgroup.com
          Jana S Pail    on behalf of Plaintiff Ronda  Winnecour, Esq., Chapter 13 Trustee
           jpail@chapter13trusteewdpa.com
          John F. Kroto    on behalf of Creditor   Ally Financial john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Joseph P. Schalk    on behalf of Creditor   WELLS FARGO BANK, N.A. jschalk@barley.com,
           sromig@barley.com
          Lisa  Cancanon    on behalf of Creditor   Specialized Loan Servicing LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```