FILED
5/13/20 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRYAN WILLIAM LABONOWSKI
STEPHANIE MAE LABONOWSKI
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-11312 TPA

Chapter 13

Document No.: 125

## ORDER OF COURT

AND NOW, this __13th__ day of __May__, 20 __20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 14-11312-TPA
Bryan William Labonowski                                          Chapter 13
Stephanie Mae Labonowski
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1           User: dkam                  Page 1 of 2                  Date Rcvd: May 13, 2020
                               Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db/jdb         +Bryan William Labonowski,    Stephanie Mae Labonowski,    10473 State Highway 285,
                 Conneaut Lake, PA 16316-2537
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13978584       +Conneaut Lake Joint Municipal Authority,    c/o Alan R Shaddinger,    21 Forest Avenue,
                 Meadville, PA 16335-1338
13969211       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
15175387       +Federal Home Loan Mortgage Corporation, as Truste,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13978585       +First American Equity Loan Services,    1100 Superior Ave East #200,    Cleveland, OH 44114-2518
13969213       +Midland Funding LLC,    350 Camino De La Reina,    Suite 100,    San Diego CA 92108-3007
13969214       +Northwest Savings Bank,    Attn: Colleen Lamberto,    Po Box 337,    Warren, PA 16365-0337
13969215       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14802743       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14042633       +Wells Fargo Bank, NA,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13969217        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines IA 50306-0335
13969218       +Windstream Communications,    Attn: Alice Peace,    2 North Main Street,
                 Greenville, SC 29601-4874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 14 2020 03:54:34
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:25
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13969206       +E-mail/Text: g20956@att.com May 14 2020 03:51:44       AT&T Mobility,    1025 Lenox Park Blvd,
                 Atlanta GA 30319-5309
13979287        E-mail/Text: ally@ebn.phinsolutions.com May 14 2020 03:49:20       Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13969205       +E-mail/Text: ally@ebn.phinsolutions.com May 14 2020 03:49:20       Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
14308287       +E-mail/Text: bankruptcy@consumerportfolio.com May 14 2020 03:51:26
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13969207       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 14 2020 03:54:00
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13969208       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:54:34       Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
14025418       +E-mail/Text: bankruptcy@cavps.com May 14 2020 03:51:33       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13969209       +E-mail/PDF: creditonebknotifications@resurgent.com May 14 2020 03:53:48       Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13969210       +E-mail/PDF: creditonebknotifications@resurgent.com May 14 2020 03:53:44       Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
13999539        E-mail/Text: JCAP_BNC_Notices@jcap.com May 14 2020 03:51:28       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13969212       +E-mail/Text: ahefner@onefcu.com May 14 2020 03:52:07       Meadville Area Federal Credit Union,
                 300 Arch Street,    Meadville, PA 16335-3217
14656918        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:53:43
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13969216       +E-mail/Text: bankruptcy@sw-credit.com May 14 2020 03:51:15       Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal Home Loan Mortgage Corporation, as Trustee
cr              WELLS FARGO BANK, N.A.
cr*            +Ally Financial,   PO BOX 130424,    Roseville, MN 55113-0004
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13979997*       Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
14888822*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                             TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: dkam              Page 2 of 2              Date Rcvd: May 13, 2020
                              Form ID: pdf900         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Stephanie Mae Labonowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Stephanie Mae Labonowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Bryan William Labonowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Bryan William Labonowski dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              Jana S Pail    on behalf of Plaintiff Ronda  Winnecour, Esq., Chapter 13 Trustee
               jpail@chapter13trusteewdpa.com
              John F. Kroto    on behalf of Creditor    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Joseph P. Schalk    on behalf of Creditor    WELLS FARGO BANK, N.A. jschalk@barley.com,
               sromig@barley.com
              Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```